**Larry M. DOW, Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 2009–3067.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2009.

ON MOTION

*ORDER*

Larry M. Dow moves without opposition for reconsideration of the court's January 15, 2009, 329 Fed.Appx. 271, order dismiss-

ing his petition for review for failure to submit a Fed. Cir. R. 15(c) statement concerning discrimination.

Dow has now submitted the Rule 15(c) form.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, and the petition for review is reinstated. Dow's brief is due within 30 days of the date of filing of this order.